IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV200

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| R. HARCOURT FULTON, | ) | |
| JAMES HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The order dated May 17, 2007 [doc. 3] is hereby rescinded.

Signed: May 24, 2007

Graham C. Mullen
United States District Judge