IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV200

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| R. HARCOURT FULTON, | ) | |
| JAMES HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon plaintiff's Motion for Leave to File *in forma pauperis*, [doc. 2]. The Court finds as a fact from the application filed herein that the plaintiff is unable to make prepayment of the fees or costs and the application should be allowed.

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* is hereby GRANTED and the Clerk is directed to issue summons and deliver them forthwith to the U. S. Marshal who will make service of process without cost.

Signed: May 24, 2007

Graham C. Mullen
United States District Judge