IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV200-MU

RANDY L. THOMAS                              )
                                             )
          Plaintiff,                         )
                                             )
     vs.                                     )
                                             )          **ORDER**
R. HARCOURT FULTON AND JAMES                 )
HAMMOND                                      )
                                             )
          Defendants.                        )
_____)

**THIS MATTER** is before this Court upon the unpublished opinion of the Fourth Circuit

vacating the Court's order and remanding the case back to this Court.  (Document #22).

In its order, the Fourth Circuit rejects this Court's pre-filing injunction as overbroad.  The

Circuit vacates the pre-filing injunction as it is currently worded, however, the Circuit affirms

this Court's characterization of Mr. Thomas' filings as "duplicative and vexatious," having no

"reasonable expectation of prevailing," and causing "needless expense and burdens to other

parties and the court." Thomas v. Fulton et al., No. 07-1713 (4th Cir. 2008).

This Court intends to enter another pre-filing injunction against Mr. Thomas and all other

parties filing on behalf of Alfred Thomas.  The parties are hereby ordered to submit proposed

language for this injunction, in compliance with the Fourth Circuit's opinion, by or on January

28, 2008.

IT IS SO ORDERED.

Signed: January 14, 2008

Graham C. Mullen
United States District Judge